**Fill in this information to identify your case:**

Debtor 1        JESSICA          ELIZABETH          FORD
                First Name       Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number    1:2023BK12601
(if known)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 07 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

City            State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____   $_____   $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

P A I D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 07 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**2.2**

Priority Creditor's Name

Number        Street

City            State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____   $_____   $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

| Debtor 1 | JESSICA | ELIZABETH | FORD | | Case number *(if known)* 1:2023BK12601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** NATIONWIDE CREDIT AND COLLECTIONS

Nonpriority Creditor's Name

PO BOX 3219

| Number | Street | |
|---|---|---|
| OAKBROOK | IL. | 60522 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number 5321 __ __ __

When was the debt incurred?   1/7/21

$ 1,100.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  COLLECTION

**4.2** AT&T

Nonpriority Creditor's Name

5407 ANDREWS HIGHWAY

| Number | Street | |
|---|---|---|
| MIDLAND | TX | 79706 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number 6849 __ __

When was the debt incurred?   6/1/16

$ 400.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  UTILITIES

**4.3** AFFIRM INC

Nonpriority Creditor's Name

30 ISABELLA STREET

| Number | Street | |
|---|---|---|
| PITTSBURGH | PA | 15212 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number 6849 __ __ __

When was the debt incurred?   4/1/23

$ 405.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  COLLECTION

| Debtor 1 | JESSICA | ELIZABETH | FORD | | |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | Case number *(if known)* ___1:2023BK12601___ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.4**

BANK OF AMERICA
*Nonpriority Creditor's Name*

PO BOX 982238
Number        Street

EL PASO                    TX        79998
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5158  ___  ___        $ 2,285.00

When was the debt incurred?   **10/7/21**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CREDIT CARD

---

**4.5**

BANK OF AMERICA
*Nonpriority Creditor's Name*

PO BOX 982238
Number        Street

EL PASO                    TX        79998
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0545  ___  ___        $ 2,253.00

When was the debt incurred?   **10/12/21**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CREDIT CARD

---

**4.6**

CAPITAL ONE
*Nonpriority Creditor's Name*

PO BOX 31293
Number        Street

SALT LAKE CITY             UT        84131
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7729  ___  ___        $ 1,458.00

When was the debt incurred?   **8/18/21**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CREDIT CARD

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | | Case number *(if known)* | 1:2023BK12601 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.7**

COMCAST
Nonpriority Creditor's Name

1701 JOHN F KENNEDY BOULEVARD
Number          Street

PHILADELPHIA                    PA        19103
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 ___ ___

When was the debt incurred?  6/1/18

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 3,000.00

---

**4.8**

COMMONWEALTH EDISON
Nonpriority Creditor's Name

PO BOX 6111
Number          Street

CAROL STREAM                    IL        60197
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7119 ___ ___

When was the debt incurred?  11/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 700.00

---

**4.9**

CREDIT FIRST N A
Nonpriority Creditor's Name

6275 EASTLAND ROAD
Number          Street

BROOK PARK                      OH        44142
City                            State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 ___ ___

When was the debt incurred?  6/6/21

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 909.00

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | Case number (if known) | 1:2023BK12601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.10**

CREDIT ONE BANK
Nonpriority Creditor's Name

PO BOX 98875
Number          Street

LAS VEGAS                    NV          89193
City                        State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7107  __  __          $ 1,063.00

When was the debt incurred?  3/7/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**4.11**

CREDIT ONE BANK
Nonpriority Creditor's Name

PO BOX 98875
Number          Street

LAS VEGAS                    NV          89193
City                        State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2117  __  __          $ 701.00

When was the debt incurred?  12/17/20

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**4.12**

DEPARTMENT OF ED/ AIDVANTAGE
Nonpriority Creditor's Name

PO BOX 300001
Number          Street

GREENVILLE                   TX          75403
City                        State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849  __  __          $ 27,101.00

When was the debt incurred?  7/10/06

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| Debtor 1 | JESSICA | ELIZABETH | FORD | Case number *(if known)*  1:2023BK12601 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

---

**4.13**

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BENEFIT PAYMENT CONTRO
Nonpriority Creditor's Name

P O BOX 4385

| Number | Street | | |
|---|---|---|---|
| CHICAGO | | IL | 60680 |
| City | | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UNEMPLOYMENT

$ 15,000.00

---

**4.14**

ILLINOIS DEPARTMENT OF REVENUE
Nonpriority Creditor's Name

PO BOX 19006

| Number | Street | | |
|---|---|---|---|
| SPRINGFIELD | | IL | 67294 |
| City | | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __

When was the debt incurred?    12/1/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  GOVERNMENT

$ 5,915.00

---

**4.15**

INTERNAL REVENUE SERVICE
Nonpriority Creditor's Name

PO BOX 7704

| Number | Street | | |
|---|---|---|---|
| SAN FRANCISCO | | CA | 94120 |
| City | | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __

When was the debt incurred?    4/15/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  GOVERNMENT

$ 18,343.33

---

Debtor 1   | JESSICA | ELIZABETH | FORD
First Name | Middle Name | Last Name

Case number *(if known)* 1:2023BK12601

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.16** KLARNA INC
Nonpriority Creditor's Name
629 N HIGH ST
Number        Street
COLUMBUS          OH      43215
City          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __
When was the debt incurred?   12/1/22

$ 180.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

**4.17** MACYS/CBNA
Nonpriority Creditor's Name
PO BOX 8218
Number        Street
MASON          OH      45040
City          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __
When was the debt incurred?   2/17/21

$ 867.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

**4.18** MANUS DENTAL
Nonpriority Creditor's Name
1646 EAST 55TH STREET
Number        Street
CHICAGO          IL      60615
City          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __
When was the debt incurred?   6/1/20

$ 500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

Debtor 1  | JESSICA | ELIZABETH | FORD
First Name | Middle Name | Last Name

Case number *(if known)*  1:2023BK12601

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.19**

NAVY FEDERAL CREDIT UNION
Nonpriority Creditor's Name

PO BOX 3700
Number        Street

MERRIFIELD                    VA            22119
City                          State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3550 __ __ __

When was the debt incurred?   2/4/21

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CREDIT CARD

$ 2,498.16

---

**4.20**

NAVY FEDERAL CREDIT UNION
Nonpriority Creditor's Name

PO BOX 3500
Number        Street

MERRIFIELD                    VA            22119
City                          State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7886 __ __ __

When was the debt incurred?   7/27/21

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CREDIT CARD

$ 6,807.00

---

**4.21**

PEOPLES GAS
Nonpriority Creditor's Name

200 EAST RANDOLPH STREET
Number        Street

CHICAGO                       IL            60601
City                          State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9321 __ __ __

When was the debt incurred?   11/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 673.00

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | Case number *(if known)* | 1:2023BK12601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.22**

PRESTIGE FINANICAL
Nonpriority Creditor's Name

351 OPPORTUNITY WAY
Number        Street

DRAPER                    UT        84020
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6849 ___ ___        $ 20,000.00

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  JUDGMENT

---

**4.23**

REPRISE FINANCIAL
Nonpriority Creditor's Name

920 JUSTISON ST
Number        Street

WILMINGTON                DE        19801
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6849 ___ ___        $ 6,475.00

When was the debt incurred?    5/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

---

**4.24**

RUSH OAK PARK HOSPITAL
Nonpriority Creditor's Name

PO BOX 4075
Number        Street

CAROL STREAM              IL        60197
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6849 ___ ___        $ 300.00

When was the debt incurred?    2/2/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

---

Debtor 1  JESSICA   ELIZABETH   FORD
        First Name   Middle Name   Last Name

Case number (if known) 1:2023BK12601

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.25**

RUSH UNIVERSITY MEDICAL CENTER
Nonpriority Creditor's Name

1620 W HARRISON
Number     Street

CHICAGO                IL        60612
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  12/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

$ 697.00

---

**4.26**

RUSH UNIVERSITY MEDICAL CENTER
Nonpriority Creditor's Name

PO BOX 4075
Number     Street

CAROL STREAM           IL        60197
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  2/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

$ 3,500.00

---

**4.27**

SPRINGLIGHT
Nonpriority Creditor's Name

PO BOX 143514
Number     Street

IRVING                 TX        75014
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  5/3/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

$ 6,174.00

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | | Case number *(if known)* 1:2023BK12601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                    Total claim

---

**4.28**

SPRINT/TMOBILE
Nonpriority Creditor's Name

PO BOX 53410
Number        Street

BELLEVUE                        WA        98015
City                        State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  3/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

$ 707.00

---

**4.29**

UNITED CONSUMER FINANCIAL SERVICES
Nonpriority Creditor's Name

865 BASSETT ROAD
Number        Street

WESTLAKE                        OH        44145
City                        State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  12/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

$ 4,914.00

---

**4.30**

VERIZON WIRELESS
Nonpriority Creditor's Name

500 TECHNOLOGY DRIVE
Number        Street

WELDON SPRING                        MO        63304
City                        State        ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6849 __ __ __

When was the debt incurred?  8/1/18

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 1,200.00

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | | Case number *(if known)*  1:2023BK12601 |
| | First Name | Middle Name | Last Name | | |

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| NATIONWIDE CREDIT & COLLECTION | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| 815 COMMERCE DR | Line  25   of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| STE 270 | |
| | Last 4 digits of account number 6849  __  __  __ |
| CHICAGO       IL     60523 | |
| City       State     ZIP Code | |

| | |
|---|---|
| AFINI INC. | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| PO BOX 3097 | Line  28   of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| BLOOMINGTON       IL     61702 | Last 4 digits of account number 6849  __  __  __ |
| City       State     ZIP Code | |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City       State     ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City       State     ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City       State     ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City       State     ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| | Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City       State     ZIP Code | Last 4 digits of account number __ __ __ __ |

---

| Debtor 1 | JESSICA | ELIZABETH | FORD | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number (if known) 1:2023BK12601

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 27,101.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 109,024.49 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 136,125.49 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JESSICA | ELIZABETH | FORD |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number 1:2023BK12601
(if known)

☑ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                          State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1: Your codebtor*

*Column 2: The creditor to whom you owe the debt*

Check all schedules that apply:

**3.1** _____
Name
_____
Number      Street
_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2** _____
Name
_____
Number      Street
_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3** _____
Name
_____
Number      Street
_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JESSICA | ELIZABETH | FORD |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  1:2023BK12601
(If known)

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 07 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____                    X _____
Signature of Debtor 1                                                     Signature of Debtor 2

Date 12 / 5 / 2023                                            Date _____
       MM / DD / YYYY                                                    MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

IN RE:                          )
                                )
                                )        Case No. 1:2023BK12601
JESSICA ELIZABETH FORD          )
        Debtor.                 )        Chapter 7

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached List of Creditors is true
and correct to the best of his/her/their knowledge.

Date: 12/5/2023                  _____
                                        Debtor Signature

AFFIRM INC
30 ISABELLA STREET
FLOOR 4
PITTSBURGH, PA 15212


AFINI INC.
PO BOX 3097
BLOOMINGTON, IL 61702


AT&T
5407 ANDREWS HIGHWAY
MIDLAND, TX 79706


BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998


CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131


COMCAST
1701 JOHN F KENNEDY BOULEVARD
PHILADELPHIA, PA 19103

COMMONWEALTH EDISON

PO BOX 6111

CAROL STREAM, IL 60197


CREDIT FIRST N A

6275 EASTLAND ROAD

BROOK PARK, OH 44142


CREDIT ONE BANK

PO BOX 98875

LAS VEGAS , NV 89193


DEPARTMENT OF ED/ AIDVANTAGE

PO BOX 300001

GREENVILLE, TX 75403


FORD MOTOR COMPANY

PO BOX 650575

DALLAS, TX 75265


ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BENEFIT PAYMENT CONTROL DIVISION

P O BOX 4385

CHICAGO, IL 60680

ILLINOIS DEPARTMENT OF REVENUE

PO BOX 19006

SPRINGFIELD, IL 67294


INTERNAL REVENUE SERVICE

PO BOX 7704

SAN FRANCISCO, CA 94120


KLARNA INC

629 N HIGH ST

COLUMBUS, OH 43215


LIBERTY PROPERTY MANAGEMENT

4401 W MAYPOLE

CHICAGO, IL 60624


LIBERTY PROPERTY MANAGEMENT CORPORATION ( BENI ISKALI)

4401 WEST MAYPOLE AVENUE

CHICAGO, IL 60624


MACYS/CBNA

PO BOX 8218

MASON, OH 45040

MANUS DENTAL
1646 EAST 55TH STREET
CHICAGO, IL 60615

NATIONWIDE CREDIT AND COLLECTIONS
PO BOX 3219
OAKBROOK, IL 60522

NATIONWIDE CREDIT & COLLECTION
815 COMMERCE DR
STE 270
CHICAGO, IL 60523

NAVY FEDERAL CREDIT UNION
PO BOX 3500
MERRIFIELD, VA 22119

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD, VA 22119

PEOPLES GAS
200 EAST RANDOLPH STREET
STE 5100
CHICAGO, IL 60601

PRESTIGE FINANACIAL
351 OPPORTUNITY WAY
DRAPER, UT 84020


REPRISE FINANCIAL
920 JUSTISON ST
WILMINGTON, DE 19801


RUSH OAK PARK HOSPITAL
PO BOX 4075
CAROL STREAM, IL 60197


RUSH UNIVERSITY MEDICAL CENTER
PO BOX 4075
CAROL STREAM , IL 60197


RUSH UNIVERSITY MEDICAL CENTER
1620 W HARRISON
CHICAGO, IL 60612


SPRINGLIGHT
PO BOX 143514
IRVING, TX 75014

SPRINT/TMOBILE

PO BOX 53410

BELLEVUE, WA 98015


UNITED CONSUMER FINANCIAL SERVICES

865 BASSETT ROAD

WESTLAKE, OH 44145


VERIZON WIRELESS

500 TECHNOLOGY DRIVE

WELDON SPRING, MO 63304